No. 2513.—El Pueblo, apdo., v. Trinidad, aplte. — C. D. Arecibo. Portar armas. Mayo 27, 1925. No apareciendo que la corte inferior haya privado al acusado de un derecho a un juicio por jurado, ni que dicho acusado manifestara en la corte inferior su deseo en tal sentido, ni que la ley sea inconstitucional porque no concede un juicio por jurado; no resultando que el juez sentenciador hubiera cometido error alguno en la apreciación de la prueba o que la pena impuesta sea excesiva, y siendo éstas las únicas cuestiones suscitadas en esta apelación, se confirmó la sentencia apelada.

No. 2367.—El Pueblo, apdo., v. Alvarez, aplte. — C. D. Arecibo. Delito contra la salud pública. Mayo 29, 1925. Atendidas las circunstancias que concurren en este caso, la corte opinó que la pena impuesta por la corte inferior era excesiva y en tal virtud modificó la sentencia en el sentido de que lea: "un día de cárcel en la del Distrito de Arecibo sin costas" y así modificada se confirmó la sentencia apelada.

No. 2503.—El Pueblo, apdo., v. Pietrantoni, aplte.—C. D. Ponce. Alterar la paz. Mayo 29, 1925. Apareciendo que la denuncia es suficiente para imputar el delito definido y castigado en el artículo 368 del Código Penal porque expresa que el acusado alteró la paz y tranquilidad del denunciante profiriendo palabras que son de desafío y de vituperio, sin que sea necesario, como alega el apelante que la denuncia diga que tales palabras fueron pronunciadas en forma colérica, en alta voz ni de ninguna otra manera inconveniente, se confirmó la sentencia apelada.